UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**SHARANDAE KATARA BRANNON**          **CASE NO.  6:21-CV-02306**

**VERSUS**                                                       **JUDGE DAVID C. JOSEPH**

**U S COMMISSIONER**                              **MAGISTRATE JUDGE CAROL B.**
**OF SOCIAL SECURITY**                           **WHITEHURST**

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 21] of the Magistrate Judge previously filed herein, after an independent review of the record, noting the absence of any objection, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Commissioner's decision should be REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). As set forth in the findings and recommendations of the Magistrate Judge, the Commissioner is instructed to again evaluate the claimant's residual functional capacity and whether she is disabled.

**THUS, DONE AND SIGNED** in chambers on this 15th day of June 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE